UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RUIZ FLOREZ,<br><br>       Plaintiff,<br><br>   -against-<br><br>HPG 29 2ND AVE LLC et al.,<br><br>       Defendants. | 24-CV-6477 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  In light of the fact that, as of the date of this Order, Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **February 7, 2025**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: January 27, 2025
     New York, New York

                    SO ORDERED.

                    *Jessica Clarke*
                    _____
                    JESSICA G. L. CLARKE
                    United States District Judge